**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **INSURANCE COMPANY OF NORTH AMERICA, et al.,**<br><br>    **Plaintiffs,**<br><br>    v.<br><br>**PUERTO RICO PORTS AUTHORITY, et al.,**<br><br>    **Defendants.** | **Civil No. 05-2054 (ADC)** |

| O R D E R | |
|---|---|
| **MOTION** | **RULING** |
| **Docket No. 337**<br>Motion for Reconsideration<br>Filed: 4/11/2008 | After reviewing the Report and Recommendation ("R&R") issued by Chief Magistrate-Judge Justo Arenas on April 30, 2008 (**Docket No. 344**), and objection thereto (**Docket No. 352**), the R&R is hereby **ADOPTED**, in full. Universal Insurance Company, Inc.'s Motion for Reconsideration (**Docket No. 337**) is hereby **DENIED**. |

**SO ORDERED.**

At San Juan, Puerto Rico, this 20th day of May, 2008.

                              **S/AIDA M. DELGADO-COLON**
                              **United States District Judge**